# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MILLER, | CASE NO. 1:07-cv-01416-LJO-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTIONS |
| v. | |
| CDC WARDEN AND STAFF et.al., | (Docs. 7, 15, 16, 17, 18, 19, 20, 21, 22 and 23) |
| Defendants. | |
| _____/ | |

Plaintiff Ernest Miller ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 6, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff did not file a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendations, filed June 6, 2008, is adopted in full; and

2.    Plaintiff's motions, filed October 11, 2007, January 11, 2008, January 28, 2008, February 19, 2008, March 26, 2008, March 31, 2008, April 7, 2008, April 21, 2008, and April 28, 2008 are DENIED.

IT IS SO ORDERED.

**Dated:    July 28, 2008                            /s/ Lawrence J. O'Neill**

1          UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28