# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MILLER,<br><br>        Plaintiff,<br><br>    v.<br><br>A.K. SCRIBNER, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:07-cv-01416-LJO DLB PC<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTION BE DENIED BASED ON LACK OF JURISDICTION<br><br>(Docs. 32 and 36)<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE COURTESY COPY OF THIS ORDER ON WARDEN OF HDSP RE. PLAINTIFF'S SAFETY CONCERNS |

      Plaintiff Ernest Miller ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 2, 2008, Plaintiff filed a motion seeking a preliminary injunction mandating that he be housed on single cell status due to safety concerns. (Doc. 32). On October 21, 2008, Plaintiff filed a renewed motion mandating that he be housed in a single man cell due to safety concerns. Plaintiff also requests money damages. (Doc. 36).

      Plaintiff is currently housed at High Desert State Prison. The claims at issue in this action arise against prison officials at the California Substance Abuse and Treatment Facility (CSATF) from events which occurred when Plaintiff was housed at that prison. (Doc. 27.) This Court has no jurisdiction over prison official at High Desert State Prison concerning Plaintiff's current conditions of confinement there. <u>City of Los Angeles v. Lyons</u>, 461 U.S. 95, 102, 103 S.Ct. 1660, 1665 (1983); <u>Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc.</u>, 454 U.S. 464,

1  471, 102 S.Ct. 752, 757-58 (1982); <u>Jones v. City of Los Angeles</u>, 444 F.3d 1118, 1126 (9th Cir.
2  2006).

3    Accordingly, it is HEREBY RECOMMENDED that Plaintiff's motions for a preliminary
4  injunction be DENIED on the ground that the Court lacks jurisdiction in this action to issue the order
5  sought by Plaintiff.

6    These Findings and Recommendations will be submitted to the United States District Judge
7  assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **fifteen (15)**
8  **days** after being served with these Findings and Recommendations, plaintiff may file written
9  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
10 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
11 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d
12 1153 (9th Cir. 1991).

13    In light of Plaintiff's safety concerns, the Clerk of the Court is DIRECTED to serve a
14 courtesy copy of this order on the Warden of High Desert State Prison.  The Warden is placed on
15 notice via this order and is requested to look into Plaintiff's allegations that his safety is in danger
16 if he is not housed on single cell status.

18    IT IS SO ORDERED.
19    Dated:   **December 17, 2008**          /s/ **Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE

2