IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MILLER, | CASE NO. 1:07-cv-01416 LJO DLB PC |
| Plaintiff, | ORDER STRIKING DOCUMENT |
| vs. | (Doc. 35) |
| A.K. SCRIBNER, et al., | |
| Defendants. | |

Plaintiff Ernest Miller ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 11, 2008, Plaintiff filed a document entitled "Motion to be Lodged A Grievance Director Level Appeal Completed Due to Misconduct of C-D-C". (Doc. 35). Attached to his "motion to be lodged" is a copy of his inmate grievances, Log No. 08-01908, which has now been completed at the Director's Level. In his grievance, Plaintiff complains about the food provided at Corcoran. Plaintiff does not request any discernible relief from the Court in his "motion to be lodged"

First, Plaintiff has not made any allegations concerning his food in his amended complaint, and therefore the grievance does not appear to be in any way related to the events giving rise to this claim. (Doc. 27). Second, the Court does not serve as a repository of evidence. The parties may not file evidence with the court until the course of litigation brings the evidence into question (for example, on a motion for summary judgment, at trial, or when requested by the court). Therefore, Plaintiff's "motion

1

1 to be lodged", filed November 10, 2008, is HEREBY ORDERED STRICKEN.

2      IT IS SO ORDERED.

3      **Dated:**   **December 17, 2008**           **/s/ Dennis L. Beck**
                                                 UNITED STATES MAGISTRATE JUDGE