UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MILLER,<br><br>             Plaintiff,<br><br>   v.<br><br>A.K. SCRIBNER, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:07-cv-01416-LJO DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTION<br><br>(Doc. 38) |

      Plaintiff Ernest Miller ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On December 18, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within fifteen days.  Plaintiff filed an Objection to the Findings and Recommendations on January 6, 2009.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

      1.     The Findings and Recommendations, filed December 18, 2008, is adopted in full;

      2.     Plaintiff's motions for a preliminary injunction are denied.

IT IS SO ORDERED.

**Dated:   January 26, 2009**          /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE